1  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   Lester C. Houtz (lester.houtz@bartlit-beck.com)
2  Karma M. Giulianelli (karma.giulianelli@bartlit-beck.com)
   André M. Pauka (andre.pauka@bartlit-beck.com)
3  Daniel R. Brody (daniel.brody@bartlit-beck.com)
   1899 Wynkoop Street, 8th Floor
4  Denver, CO 80202
   Telephone: (303) 592-3100
5  Facsimile:  (303) 592-3140

6  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   Mark E. Ferguson (mark.ferguson@bartlit-beck.com)
7  54 West Hubbard Street, Suite 300
   Chicago, IL 60654
8  Telephone: (312) 494-4400
   Facsimile:  (312) 494-4440

10 Attorneys for Plaintiff Hewlett-Packard Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This Document relates to:<br><br>Hewlett-Packard Company,<br><br>    Plaintiff,<br><br>v.<br><br>LG Electronics, Inc.; LG Electronics USA, Inc.; Hitachi-LG Data Storage, Inc.; Hitachi-LG Data Storage Korea, Inc.; Koninklijke Philips N.V.; Lite-On IT Corporation of Taiwan; BenQ Corporation; Philips BenQ Digital Storage; BenQ America Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; Pioneer Corporation; Pioneer North America, Inc.; Pioneer Electronics (USA) Inc.; Pioneer High Fidelity Taiwan Co., Ltd.; Sharp Corporation; and Pioneer Digital Design & Manufacturing Company,<br><br>    Defendants. | Case No. 3:13-cv-5371-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS**<br><br>Judge Richard Seeborg |

**STIPULATION**

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Undersigned Counsel of EIMER STAHL LLP agree to accept service of the complaint in *Hewlett-Packard Company v. LG Electronics, Inc., et al.*, Case No. 3:13-cv-05371-RS, on behalf of Defendants LG Electronics, Inc. ("LG Electronics") and LG Electronics USA, Inc. ("LG Electronics USA"). LG Electronics and LG Electronics USA shall have until Thursday, April 17, 2014 to file a response thereto.

2. Undersigned Counsel of ROPES & GRAY LLP agree to accept service of the complaint in *Hewlett-Packard Company v. LG Electronics, Inc., et al.*, Case No. 3:13-cv-05371-RS, on behalf of Defendants Hitachi-LG Data Storage, Inc. ("HLDS") and Hitachi-LG Data Storage Korea, Inc. ("HLDS Korea"). HLDS and HLDS Korea shall have until Thursday, April 17, 2014 to file a response thereto.

3. Undersigned Counsel of BAKER BOTTS LLP agree to accept service of the complaint in *Hewlett-Packard Company v. LG Electronics, Inc., et al.*, Case No. 3:13-cv-05371-RS, on behalf of Defendants Koninklijke Philips N.V., Philips & Lite-On Digital Solutions Corporation, Philips & Lite-On Digital Solutions USA, Inc., and Lite-On IT Corporation of Taiwan (collectively, the "PLDS Defendants"). The PLDS Defendants shall have until Thursday, April 17, 2014 to file a response thereto.

4. Undersigned Counsel of DICKSTEIN SHAPIRO LLP agree to accept service of the complaint in *Hewlett-Packard Company v. LG Electronics, Inc., et al.*, Case No. 3:13-cv-05371-RS, on behalf of Defendants BenQ Corporation and BenQ America Corp. (collectively, the "BenQ Defendants"). The BenQ Defendants shall have until Thursday, April 17, 2014 to file a response thereto.

5. Undersigned Counsel of JONES DAY agree to accept service of the complaint in *Hewlett-Packard Company v. LG Electronics, Inc., et al.*, Case No. 3:13-cv-05371-RS, on behalf of Defendants Pioneer Corporation, Pioneer North America, Inc., Pioneer Electronics (USA) Inc., Pioneer High Fidelity Taiwan Co., Ltd., and Pioneer Digital Design & Manufacturing Company (collectively, the "Pioneer Defendants"). The Pioneer Defendants shall have until Thursday,

1 | April 17, 2014 to file a response thereto.
2 |     6.    This Stipulation does not constitute a waiver by Defendants of any defense,
3 | including but not limited to those defenses provided under Rule 12 of the Federal Rules of Civil
4 | Procedure.
5 |     7.    To the extent any Defendant or Defendants move to dismiss the Complaint under
6 | Rule 12(b)(6) of the Federal Rules of Civil Procedure or otherwise, the parties shall work in good
7 | faith to reach an agreed-upon briefing schedule that they shall present to the Court no later than
8 | Thursday, May 1, 2014, but in no event shall Hewlett-Packard's response to any such motion(s)
9 | be due before Monday, June 16, 2014.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated:  January 17, 2014 | **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP** |
| 3 | | |
| 4 | | */s/ Lester C. Houtz*<br>Lester C. Houtz |
| 5 | | Attorneys for Plaintiff<br>HEWLETT-PACKARD COMPANY |
| 6 | | |
| 7 | Dated:  January 17, 2014 | **EIMER STAHL LLP** |
| 8 | | */s/ Nathan P. Eimer*<br>Nathan P. Eimer |
| 9 | | Attorneys for Defendants<br>LG Electronics, Inc. and LG Electronics USA, Inc. |
| 10 | | |
| 11 | Dated:  January 17, 2014 | **ROPES & GRAY LLP** |
| 12 | | */s/ Mark S. Popofsky*<br>Mark S. Popofsky |
| 13 | | Attorneys for Defendants<br>Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc. |
| 14 | | |
| 15 | | |
| 16 | Dated:  January 17, 2014 | **BAKER BOTTS LLP** |
| 17 | | */s/ John M. Taladay*<br>John M. Taladay |
| 18 | | Attorneys for Defendants<br>Koninklijke Philips N.V.; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; Lite-On It Corporation of Taiwan |
| 19 | | |
| 20 | | |
| 21 | Dated:  January 17, 2014 | **DICKSTEIN SHAPIRO LLP** |
| 22 | | */s/ Joel B. Kleinman*<br>Joel B. Kleinman |
| 23 | | Attorneys for Defendants<br>BenQ Corporation and BenQ America Corporation |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated:  January 17, 2014 | **JONES DAY** |
| | */s/ Eric P. Enson* <br> Eric P. Enson <br> Attorneys for Defendants <br> Pioneer North America, Inc.; Pioneer Electronics (USA) Inc.; Pioneer Corporation and Pioneer High Fidelity Taiwan Co., Ltd. |

## ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 17, 2014                            */s/ Lester C. Houtz*
                                                                                Lester C. Houtz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __1/24/__, 2014            _____
                                                              Honorable Richard Seeborg
                                                              United States District Judge