1  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   Lester C. Houtz (lester.houtz@bartlit-beck.com)
2  Karma M. Giulianelli (karma.giulianelli@bartlit-beck.com)
   André M. Pauka (andre.pauka@bartlit-beck.com)
3  Daniel R. Brody (daniel.brody@bartlit-beck.com)
   1899 Wynkoop Street, 8th Floor
4  Denver, CO 80202
   Telephone: (303) 592-3100
5  Facsimile:  (303) 592-3140

6  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   Mark E. Ferguson (mark.ferguson@bartlit-beck.com)
7  54 West Hubbard Street, Suite 300
   Chicago, IL 60654
8  Telephone: (312) 494-4400
   Facsimile:  (312) 494-4440
9

10 Attorneys for Plaintiff Hewlett-Packard Company

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13 **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS |
| This Document relates to:<br><br>Hewlett-Packard Company,<br><br>    Plaintiff,<br><br>v.<br><br>LG Electronics, Inc.; LG Electronics USA, Inc.; Hitachi-LG Data Storage, Inc.; Hitachi-LG Data Storage Korea, Inc.; Koninklijke Philips N.V.; Lite-On IT Corporation of Taiwan; BenQ Corporation; Philips BenQ Digital Storage; BenQ America Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; Pioneer Corporation; Pioneer North America, Inc.; Pioneer Electronics (USA) Inc.; Pioneer High Fidelity Taiwan Co., Ltd.; Sharp Corporation; and Pioneer Digital Design & Manufacturing Company,<br><br>    Defendants. | Case No. 3:13-cv-5371-RS<br><br>[~~PROPOSED~~] **ORDER REGARDING DISMISSAL KONINKLIJKE PHILIPS N.V.; LITE-ON IT CORPORATION OF TAIWAN; BENQ CORPORATION; PHILIPS BENQ DIGITAL STORAGE; BENQ AMERICA CORPORATION; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION; AND PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.**<br><br>Date:     June 26, 2014<br>Time:    1:30 p.m.<br>Judge:   Richard Seeborg<br>Location: Courtroom 3, 17th Floor |

**[PROPOSED] ORDER**

Plaintiff Hewlett-Packard Company ("HP") and Defendants Koninklijke Philips N.V.; Lite-On IT Corporation of Taiwan; BenQ Corporation; Philips BenQ Digital Storage; BenQ America Corporation; Philips & Lite-On Digital Solutions Corporation; and Philips & Lite-On Digital Solutions USA, Inc. (collectively, "PLDS Defendants"), have moved that the Court enter an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing the PLDS Defendants, with prejudice, in the above-captioned action.

After considering the motion and all other matters presented to this Court in connection with the motion, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The motion is GRANTED and HP's claims against the PLDS Defendants are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: 5/23/14

_____
Honorable Richard Seeborg
United States District Judge