BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Lester C. Houtz (lester.houtz@bartlit-beck.com)
Karma M. Giulianelli (karma.giulianelli@bartlit-beck.com)
André M. Pauka (andre.pauka@bartlit-beck.com)
Daniel R. Brody (daniel.brody@bartlit-beck.com)
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Mark E. Ferguson (mark.ferguson@bartlit-beck.com)
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440

Attorneys for Plaintiff Hewlett-Packard Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| | Case No. 3:13-cv-5371-RS |
| This document relates to:<br><br>Hewlett-Packard Company,<br><br>              Plaintiff,<br><br>    v.<br><br>LG Electronics, Inc., et al.,<br><br>              Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS HP'S SECOND AMENDED COMPLAINT**<br><br>Hon. Richard Seeborg |

BARTLIT BECK
HERMAN PALENCHAR
& SCOTT LLP

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SAC
MDL NO. 2143   CASE NO. 3:13-CV-05371-RS
;

1    Plaintiff HP and Defendants, through the undersigned counsel, request that the Court enter

2    the following order setting a briefing schedule for anticipated motions to dismiss the Second

3    Amended Complaint.

4    WHEREAS, on May 23, 2014, the Court signed a Stipulation and Order permitting HP to

5    file a Second Amended Complaint and granting Defendants 45 days to respond to that complaint

6    (Dkt. 33);

7    WHEREAS, HP filed its Second Amended Complaint on June 23, 2014 (Dkt. 36);

8    WHEREAS, Defendants' responses to the Second Amended Complaint are due on August

9    7, 2014;

10   WHEREAS, the parties anticipate that there will be at least one motion to dismiss filed

11   and have conferred and reached agreement on a briefing schedule for any such motion;

12   WHEREAS, the parties have agreed on a briefing schedule that places these motions on

13   the same calendar as the motion to dismiss in the companion HP case in this MDL;

14   NOW, THEREFORE, it is stipulated by and between the undersigned parties, subject to

15   Court approval, that the following briefing schedule shall apply to any motions to dismiss the

16   Second Amended Complaint: any motion to dismiss shall be due no later than August 7, 2014;

17   any opposition shall be due no later than September 11, 2014; and any reply shall be due no later

18   than October 2, 2014.

19   IT IS SO STIPULATED

20   **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

21   */s/ Lester C. Houtz*

22   Lester C. Houtz
     Attorneys for Plaintiff

23   HEWLETT-PACKARD COMPANY

24   **EIMER STAHL LLP**

25   */s/ Nathan P. Eimer*

26   Nathan P. Eimer
     Attorneys for Defendants

27   LG Electronics, Inc. and LG Electronics USA, Inc.

28

BARTLIT BECK
HERMAN PALENCHAR
& SCOTT LLP

-1-

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS SAC
MDL NO. 2143    CASE NO. 3:13-CV-05371-RS

1

2 **ROPES & GRAY LLP**

3 */s/ Mark S. Popofsky*
Mark S. Popofsky
Attorneys for Defendants
Hitachi-LG Data Storage, Inc. and Hitachi-LG
Data Storage Korea, Inc.

4

5 **JONES DAY**

6 */s/ Eric P. Enson*
Eric P. Enson
7 Attorneys for Defendants
Pioneer North America, Inc.; Pioneer
8 Electronics (USA) Inc.; Pioneer Corporation;
Pioneer High Fidelity Taiwan Co., Ltd.; and
9 Pioneer Digital Design & Manufacturing
Company

10

11 **ATTESTATION**

12      Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the

13 United States District Court for the Northern District of California, I hereby attest that

14 concurrence in the filing of this document has been obtained from each of the other signatories.

15 Dated: July 22, 2014                  */s/ Lester C. Houtz*
16                                  Lester C. Houtz

17

18 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20

21

22 Dated: __7/22_____, 2014                             
23                          Honorable Richard Seeborg
United States District Judge

24

25

26

27

28

BARTLIT BECK
HERMAN PALENCHAR
& SCOTT LLP

-2-

**STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS SAC
MDL NO. 2143   CASE NO. 3:13-CV-05371-RS**