| | |
|---|---|
| 1 | Beatrice B. Nguyen (CSB No. 172961) |
|   | bbnguyen@crowell.com |
| 2 | CROWELL & MORING LLP |
|   | 275 Battery Street, 23rd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone:  415.986.2800 |
| 4 | Facsimile:  415.986.2827 |
| 5 | Daniel A. Sasse (CSB No. 236234) |
|   | dsasse@crowell.com |
| 6 | CROWELL & MORING LLP |
|   | 3 Park Plaza, 20th Floor |
| 7 | Irvine, California 92614 |
|   | Telephone:  949.263.8400 |
| 8 | Facsimile:  949.263.8414 |
| 9 | Attorneys for Plaintiff |
|   | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05371-RS |
| Hewlett-Packard Company, | ORDER |
|   | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff, | |
| v. | |
| LG Electronics, Inc., et al., | |
| Defendants. | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Hewlett-Packard Company ("HP") hereby substitutes Crowell & Moring LLP as counsel for HP in the above-captioned matter in place of withdrawing counsel Bartlit Beck Herman Palenchar & Scott LLP as follows:

CROWELL & MORING LLP
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1

| | | |
|---|---|---|
| 1 | Former Counsel: | Fred Bartlit, Jr. |
| 2 | | Karma Giulianelli |
| | | Lester Houtz |
| 3 | | Andre M. Pauka |
| | | Daniel R. Brody |
| 4 | | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| | | 1899 Wynkoop Street, Suite 800 |
| 5 | | Denver, CO 80202 |
| | | Telephone: 303.592.3100 |
| 6 | | Email: fred.bartlit@bartlit-beck.com |
| | | karma.giulianelli@bartlit-beck.com |
| 7 | | lester.houtz@bartlit-beck.com |
| | | andre.pauka@bartlit-beck.com |
| 8 | | daniel.brody@bartlit-beck.com |

Former Counsel:
Fred Bartlit, Jr.
Karma Giulianelli
Lester Houtz
Andre M. Pauka
Daniel R. Brody
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone: 303.592.3100
Email: fred.bartlit@bartlit-beck.com
karma.giulianelli@bartlit-beck.com
lester.houtz@bartlit-beck.com
andre.pauka@bartlit-beck.com
daniel.brody@bartlit-beck.com

Mark E. Ferguson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL 60610
Telephone: 312.494.4400
Email: mark.ferguson@bartlit-beck.com

New Counsel:
Beatrice B. Nguyen
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Email: bbnguyen@crowell.com

Daniel A. Sasse
Ryan C. Wong
Angela J. Yu
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Email: dsasse@crowell.com
rwong@crowell.com
ayu@crowell.com

Matthew J. McBurney
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2767
Email: mmcburney@crowell.com

Please update all service lists and direct all future filings, discovery, and correspondence as set forth above.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1

The undersigned parties consent to the above substitution of counsel.

Dated: November 2, 2015      **HEWLETT-PACKARD COMPANY**

By: _____
Brad Hartz
Commercial Litigation Counsel

Dated: November 17, 2015      **CROWELL & MORING LLP**

By:      /s/Beatrice B. Nguyen
Beatrice B. Nguyen
Attorneys for Plaintiff
Hewlett-Packard Company

Dated: November 2, 2015      **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By: _____
Lester C. Houtz
Attorneys for Plaintiff
Hewlett-Packard Company

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 17, 2015                                **CROWELL & MORING LLP**


By:   *Beatrice B. Nguyen*
      Beatrice B. Nguyen
      Attorneys for Plaintiff
      Hewlett-Packard Company

**[PROPOSED] ORDER**

The above substitution of counsel is approved. IT IS SO ORDERED.

Dated: 12/15/15                                        _____
                                                       Honorable Richard G. Seeborg
                                                       United States District Judge

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1